Entered: December 16, 2019
Signed: December 16, 2019

**SO ORDERED**



_____
**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **18–24213 – RAG**    Chapter: **13**

**Joseph A Jamison**
Debtor

### ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:    Case Trustee – Robert S. Thomas II

### End of Order

odsctr – jhutchinson